IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BILLY WYNNE,
ADC #601431                                                                                          PLAINTIFF

v.                                        4:10CV00104WRW/HLJ

DALLAS SPRINKLE, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal taken from this Judgment and accompanying Memorandum and Order, is considered frivolous and not in good faith.

IT IS SO ADJUDGED this 23rd day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE